# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Manuel Antonio Meza Cruz<br><br>              Petitioner,<br><br>   v.<br><br>JAMAL L. JAMISON, in his official capacity as the Facility Administrator of the Philadelphia Federal Detention Center; John E. RIFE, in his official capacity as acting Philadelphia Field Office Director for U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; PAMELA BONDI, Attorney General of the United States, in her official capacity;<br><br>              Respondents. | Case No.  26-1898 |

## ORDER

AND NOW, this 24th day of March, 2026, upon consideration of Manuel Antonio Meza Cruz's Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby ORDERED that the petition is GRANTED IN PART. It is further ORDERED as follows:

1. Pursuant to 28 U.S.C. § 2243, Respondents shall, no later than March 27, 2026, file a response to the habeas petition and show cause why the petition should not be granted.

2. Petitioner shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

3. Counsel for Petitioner shall serve this Order to Respondents' counsel forthwith by email at the following addresses: cdesiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; and gregory.david@usdoj.

BY THE COURT:

_____

**HON. MIA R. PEREZ**